IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES SMITH,<br>　　Plaintiff<br><br>　　v.<br><br>RICKY SHERMAN, SCI HOUTZDALE, and FRANKLIN CORRECTIONAL FACILITY,<br>　　Defendants. | :<br>:<br>:  No. 1:21-cv-00438<br>:<br>:<br>:  (Judge Rambo)<br>:<br>:<br>:<br>: |

## ORDER

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's complaint (Doc. 1) is **DISMISSED**;

2. The Court declines to exercise supplemental jurisdiction over any state law claims Plaintiff intended to allege in the complaint; and

3. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　s/Sylvia H. Rambo
　　　　　　　　　　　　　　　　　United States District Judge

Dated: April 20, 2021